**SO ORDERED.**

**SIGNED this 28 day of October, 2026.**

**John T. Laney, III**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

IN THE MATTER OF: Bankruptcy Case No. 26-40711-JTL

ALLEN BROTHERS
FARM, L.L.C.,

Debtor, Chapter 11

**AGREED ORDER GRANTING ADEQUATE PROTECTION**

**THIS MATTER** came before the Court upon the agreed motion of Mitsubishi HC Capital America Inc. (“Movant”) for adequate protection (“Motion”) [D.E. 28]. Upon consideration of the Motion, good cause appearing, and the Court being advised of the agreement of Movant and the debtor, Allen Brothers Farm, L.L.C. (“Debtor”) to the relief afforded herein, it is **ORDERED** as follows:

1. The Debtor shall, on or before October 10, 2026, and on the tenth (10th) day of each month thereafter until a chapter 11 plan is confirmed or this case is dismissed, make

adequate protection payments to Movant in the amount of $3,531.31 per month with respect to the Collateral via ACH or wire transfer.[1]

2. Debtor shall maintain insurance on the Collateral in compliance with the Agreement and furnish proof of the same to counsel for Movant.

3. In the event of a default of the Debtor's obligations as set forth herein (a "Default"), Movant shall provide written notice of the same to Debtor's counsel by email to: wes@boyerterry.com (the "Default Notice"). If a Default is not cured within ten (10) days of dispatch of the Default Notice, then Movant shall be entitled to the immediate and *ex parte* entry of an order granting relief from the automatic stay (in rem relief only) as to the Collateral, including a waiver of the stay imposed by Federal Rule of Bankruptcy Procedure 4001(a)(4).

4. The Court retains jurisdiction to enforce the terms of this Order.

# # #

Order prepared by:

*/s/ Stephen P. Drobny*
Stephen P. Drobny, Esq.
Jones Walker LLP
Attorneys for Movant
3455 Peachtree Road NE
Suite 1400
Atlanta, GA 30326
Georgia Bar No. 430447
Tel. (404) 870-7500
sdrobny@joneswalker.com

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Agreed to by:

*/s/ Wesley J. Boyer*
Wesley J. Boyer
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA 31201
Georgia Bar No. 073126
(478) 742-6481, ext. 1
(770) 200-9230 (fax)
wes@boyerterry.com